IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DARNELL EDWARDS,

      Plaintiff,                        No. 2: 10-cv-3461 WBS KJN P

   vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

        Pursuant to this court's screening of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a), the court found that the amended complaint states potentially cognizable claims against defendants Turner-Gambery, Cheney, Mitchell and Swingle, but did not state a claim against defendant McDonald.  (Dkt. No. 14.)  The court gave plaintiff the option of proceeding on his amended complaint or filing a second amended complaint that added a cognizable claim against defendant McDonald.  Plaintiff chose to proceed on his amended complaint against defendants Turner-Gambery, Cheney, Mitchell and Swingle, effectively choosing to terminate this action against defendant McDonald.

        Accordingly, IT IS HEREBY RECOMMENDED that defendant McDonald be dismissed from this action.

////

1       These findings and recommendations are submitted to the United States District

2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 21 days

3 after being served with these findings and recommendations, plaintiff may file written objections

4 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

5 and Recommendations."  Plaintiff is advised that failure to file objections within the specified

6 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

7 (9th Cir. 1991).

8 DATED: May 4, 2011

                                                _____
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

12 ed3461.fr

2