IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DARNELL EDWARDS,

    Plaintiff,　　　　　　　　　　No. 2:10-cv-3461 WBS KJN P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.　　　　　　　　　ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis, with a civil rights action. On April 25, 2011, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on December 27, 2010 and March 21, 2011. All requests were denied. In light of those orders, and for the same reasons stated therein, IT IS HEREBY ORDERED that plaintiff's April 25, 2011 motion (Dkt. No. 16) is denied.

DATED: May 5, 2011

                                   _____
                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE

edwa3461.31.thr