1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN DARNELL EDWARDS,

11             Plaintiff,                    No. 2:10-cv-3461-WBS-KJN-P

12        vs.

13   HIGH DESERT STATE PRISON, et al.,

14             Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19        On July 20, 2011, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty-one days.  Neither party has

22   filed objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   ////

1

1        1.  The findings and recommendations filed July 20, 2011, are adopted in full;

2        2.  Defendant McDonald is dismissed; and

3        3.  Defendants' response to the first amended complaint is due within twenty-one

4   days from the date of this order.

5   DATED:   August 25, 2011

6

7   _____
    WILLIAM B. SHUBB
8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26