IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DARNELL EDWARDS,

    Plaintiff,                    No. 2: 10-cv-3461 WBS KJN P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.              ORDER

_____/

        Pending before the court is defendants' September 22, 2011 motion to conduct plaintiff's deposition via video conference.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion to conduct plaintiff's deposition via video conference (Dkt. No. 30) is granted;

        2. Nothing in this order shall be interpreted as requiring any penal institution to obtain video conferencing equipment if it is not already available.

DATED: September 28, 2011

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

ed3461.dep