IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DARNELL EDWARDS,

    Plaintiff,                                  No. 2:10-cv-3461 WBS KJN P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.                             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On November 17, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 17, 2011 are adopted in full; and

2. Plaintiff's November 4, 2011 motion for a preliminary injunction (Dkt. No. 33) is denied.

DATED: December 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/edwa3461.805

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 17, 2011 are adopted in full; and

2. Plaintiff's November 4, 2011 motion for a preliminary injunction (Dkt. No. 33) is denied.

DATED: December 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/edwa3461.805