# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DARNELL EDWARDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, et al.<br><br>　　　　Defendants. | CASE NO: 2:10-CV-03461-WBS-KJN P<br><br>**ORDER GRANTING ISSUANCE OF WRIT OF EXECUTION** |

On reading the application and declaration on behalf of judgment creditors Mitchell, Cheney, Swingle and Turner-Gamberg, and good cause appearing therefor, IT IS HEREBY ORDERED that the application be, and it hereby is, granted, and that a writ of execution issue in the sum of $665.34, plus necessary levying officer fees pursuant to the California Code of Civil Procedure Section 685.050, be directed to the Sheriff or Marshall of the County of Kings, California.

**IT IS SO ORDERED.**

Dated: June 11, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_____
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ed3461.writ

Page 1